**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| S-R INVESTMENTS LLC; S-R INVESTMENTS LLC – ALL CAP DOMESTIC EQUITIES SERIES; S-R INVESTMENTS LLC – EMERGING MARKET EQUITIES SERIES; S-R INVESTMENTS LLC – GLOBAL TACTICAL ALLOCATION SERIES; S-R INVESTMENTS LLC – INTERNATIONAL DEVELOPED EQUITIES SERIES; and S-R INVESTMENTS LLC – REAL ASSETS SERIES,<br><br>               Plaintiffs,<br><br>   v.<br><br>FEDERAL INSURANCE COMPANY; STEVARD LLC, CHRISTINE SIBRAVA; and JESSICA GARNER,<br><br>               Defendants. | Case No. 22-cv-3781 |

**NOTICE OF REMOVAL**

Defendant Federal Insurance Company ("Federal") removes this action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1446. In support, Federal states as follows:

**Background**

1. Plaintiffs initiated this action on June 27, 2022, by filing a complaint against Federal and the other named defendants in the Circuit Court of Cook County, Illinois, in the action entitled *S-R Investments LLC, et al. v. Federal Insurance Co., et al.*, Case No. 2022 CH 06196. A copy of the complaint, summons, and filed Notice and Acknowledgement of Receipt of

Summons (all documents served upon this defendant at the time of removal) is attached to this Notice of Removal as Exhibit A.

2. Counsel for plaintiffs emailed a request for waiver of service to Federal on July 1, 2022 with a copy of the complaint and summons directed at Federal in the state court action. Counsel for Federal returned the executed Notice and Acknowledgment of Receipt of Summons and Complaint to plaintiffs' counsel on July 13, 2022, which was filed in the state court action on July 13, 2022.

3. In the complaint, plaintiffs assert claims of equitable subrogation, equitable contribution, and declaratory judgment against Federal. The complaint alleges that plaintiffs are advancing defense costs to Stevard, LLC ("Stevard"), Christine Sibrava, and Jessica Garner (collectively, "the Stevard Parties") in an underlying lawsuit captioned *S-R Investments LLC, et al. v. Stevard LLC, Christine Sibrava & Jessica Garner*, Case No. 2021 CH 00341, pursuant to a Delaware Court order enforcing Section 3.08 of the S-R Investments LLC Amended and Restated Limited Liability Company Agreement. (*See* Complaint, ECF No. 1-1 ¶¶ 3, 37-39.)

4. Plaintiffs' complaint alleges that Federal should be funding the defense of Stevard, Sibrava, and Garner pursuant to Stevard's insurance policy with Federal. Plaintiffs name the Stevard Parties as defendants in the complaint, but do not assert any claims against them. All causes of action and claims for relief are directed at Federal alone. (*See* ECF No. 1-1.)

5. Federal now removes the complaint filed against them from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, based on diversity of citizenship, 28 U.S.C. § 1332. Specifically, as stated in further detail below, the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

6. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Circuit Court of Cook County, Illinois.

## Amount in Controversy

7. Plaintiffs seek recovery of paid defense costs in the underlying lawsuit and a declaration that Federal must pay the defense costs currently being funded by plaintiffs in the future on an ongoing basis. The defense costs already incurred and paid by plaintiffs exceed $75,000. Therefore, the amount in controversy in this case exceeds $75,000, exclusive of interest and costs.

## Diversity of Citizenship

8. Defendant Federal is a citizen of New Jersey and Indiana, as it is incorporated in Indiana with its principal place of business in New Jersey.

9. As detailed below, the members of the plaintiff LLCs are all citizens of different states than Federal.

10. While the Stevard Parties are citizens of Illinois,[1] there are four separate reasons the forum defendant rule, 28 U.S.C. § 1441(b)(2), does not prevent removal and retention of federal jurisdiction. First, the Stevard Parties are only nominal defendants without any claim for relief alleged against them in the complaint, and therefore they have not been properly joined and their residency is not considered to determine diversity. *R.C. Wegman Constr. Co. v. Admiral Ins. Co.*, 629 F.3d 724, 726 (7th Cir. 2011) ("a party isn't permitted to destroy federal diversity jurisdiction by naming as a defendant someone against whom he does not seek relief");

---

[1] Christine Sibrava and Jessica Garner are individuals who are citizens of Illinois. The sole member of Stevard LLC is Christine J. Sibrava Living Trust U/A/D 12/27/89. This trust is a traditional trust, and the trustee is Christine Sibrava, who is a citizen of Illinois.

3

*CastlePoint Nat'l Ins. Co. v. Boyer-Rosene Moving & Storage, Inc.*, 2014 WL 6821208, at *1 n1 (N.D. Ill. Dec. 3, 2014).

11. Second, as there is no claim for relief pled by plaintiffs in the complaint against the Stevard Parties and they were improperly included as defendants in an attempt to avoid removal, the doctrine of fraudulent joinder allows removal and retention of jurisdiction. *Walton v. Bayer Corp.*, 643 F.3d 994, 999 (7th Cir. 2011) (proof of fraud is not required to show fraudulent joinder, rather "all that's required is proof that the claim against the nondiverse defendant is utterly groundless, and as a groundless claim does not invoke federal jurisdiction"). Therefore, the Stevard Parties should be dismissed as defendants, and this Court may retain jurisdiction of the remaining completely diverse parties. *See id.*

12. Third, in the alternative, if the Stevard Parties were proper parties to this suit, based on the nature of the allegations by plaintiffs, the Stevard Parties would be aligned with plaintiffs against Federal.[2] Therefore, if the citizenship of the Stevard Parties is considered for a diversity of citizenship analysis, the Stevard Parties should be realigned as plaintiffs, and there would be diversity of citizenship without any forum defendant. *See Brandl v. Westport Ins. Corp.*, 2019 WL 10784421, at *2 (N.D. Ill. Feb. 13, 2019).

---

[2] Plaintiffs' complaint essentially seeks payment from Federal to the Stevard Parties under the Federal insurance policy, and asserts the theory that Federal has wrongfully withheld coverage from the Stevard Parties. (*See* ECF No. 1-1 at ¶¶ 4-5.) This is factually wrong, as the Stevard Parties have instructed Federal that they are not seeking payment of the defense costs at issue under the policy. Federal expressly maintains and reserves any defenses it may have to the complaint based on the plaintiffs not being a proper party to bring a claim seeking insurance payments on behalf of the Stevard Parties, that no coverage has been requested for the defense costs at issue, and that plaintiffs cannot force Federal to pay defense costs that its insureds have directed Federal not to pay. However, based on the way plaintiffs plead the case, the Stevard parties would be aligned with plaintiffs, and would be properly realigned with plaintiffs.

13. Fourth, plaintiffs have not yet served the Stevard Parties, and therefore, the forum defendant rule does not apply. *See D.C. by & through Cheatham v. Abbott Laboratories Inc.*, 323 F. Supp. 3d 991, 992 (N.D. Ill. 2018).

14. The members of plaintiff S-R Investments LLC are:

   a. Catherine Saslow Revocable Trust U/A/D 8/11/86;

   b. Richard E. Saslow Irrevocable Stock Trust for Catherine U/A/D 12/9/89;

   c. RES 2010 Descendants Trust for Catherine U/A/D 3/23/10;

   d. RES-75/2010 Descendants Trust for Catherine U/A/D 8/3/10;

   e. Richard E. Saslow GC Trust for John U/A/D 12/1/03;

   f. Richard E. Saslow GC Trust for Caitlin U/A/D 12/1/03;

   g. Richard E. Saslow GC Trust for Madeline U/A/D 12/1/03;

   h. Catherine Jo Ross Gift Trust U/A/D 12/17/08;

   i. Catherine Jo Ross Descendants Trust U/A/D 2/2/04;

   j. Ronald Saslow Revocable Trust U/A/D 1/10/87;

   k. Richard E. Saslow Irrevocable Stock Trust for Ronald U/A/D 12/9/89;

   l. RES 2010 Descendants Trust for Ronald U/A/D 3/24/10;

   m. RES-75/2010 Descendants Trust for Ronald U/A/D 8/3/10;

   n. RES 2020 Descendants Trust for Ronald U/A/D 11/30/20;

   o. RES-75/2020 Descendants Trust for Ronald U/A/D 11/30/20;

   p. Richard E. Saslow GC Trust for Daniel U/A/D 12/1/03;

   q. Richard E. Saslow GC Trust for Joseph U/A/D 12/1/03;

   r. Richard E. Saslow GC Trust for Charles U/A/D 12/1/03;

   s. Ronald M. Saslow Gift Trust U/A/D 12/18/08;

  t. Ronald M. Saslow Descendants Trust U/A/D 7/14/04;

  u. Ronald M. Saslow 2019 Descendants Trust U/A/D 1/1/2019;

  v. Scott Saslow Revocable Trust U/A/D 1/22/92;

  w. Richard E. Saslow Irrevocable Stock Trust for Scott U/A/D 12/19/89;

  x. RES 2010 Descendants Trust for Scott U/A/D 3/24/10;

  y. RES-75/2010 Descendants Trust for Scott U/A/D 8/3/10;

  z. S3G Investments LLC;

  aa. Ronald M. Saslow and Ellen Saslow Jt Tenants;

  bb. Ellen I. Saslow;

  cc. Ellen Saslow Discretionary Trust (GST Exempt) created by Phyllis Thaler Revocable Living Trust U/A/D 7/30/97;

  dd. Robert Thaler Discretionary Trust (GST Exempt) created by Phyllis Thaler Revocable Living Trust U/A/D 7/30/97;

  ee. Richard E. Saslow Revocable Trust U/A/D 4/30/04; and

  ff. Linda M. Saslow Revocable Trust U/A/D 11/25/09.

15. Each of the above-listed trusts are traditional trusts, and therefore the citizenship of the trustee is considered to determine the member's citizenship.

16. The trustee of the Catherine Saslow Revocable Trust U/A/D 8/11/86 is Catherine Ross, who is a citizen of Illinois.

17. The trustee of the Richard E. Saslow Irrevocable Stock Trust for Catherine U/A/D 12/9/89 is Michael Hartz, who is a citizen of Illinois.

18. The co-trustees of the RES 2010 Descendants Trust for Catherine U/A/D 3/23/10 are Catherine Ross, Linda Saslow, and Michael Hartz, who are all citizens of Illinois.

6

19. The co-trustees of the RES-75/2010 Descendants Trust for Catherine U/A/D 8/3/10 are Linda Saslow and Michael Hartz, who are both citizens of Illinois.

20. The co-trustees of the Richard E. Saslow GC Trust for John U/A/D 12/1/03 are Catherine Ross and Michael Hartz, who are both citizens of Illinois.

21. The co-trustees of the Richard E. Saslow GC Trust for Caitlin U/A/D 12/1/03 are Catherine Ross and Michael Hartz, who are both citizens of Illinois.

22. The co-trustees of the Richard E. Saslow GC Trust for Madeline U/A/D 12/1/03 are Catherine Ross and Michael Hartz, who are both citizens of Illinois.

23. The co-trustees of the Catherine Jo Ross Gift Trust U/A/D 12/17/08 are Ronald Saslow and Michael Hartz, who are both citizens of Illinois.

24. The co-trustees of the Catherine Jo Ross Descendants Trust U/A/D 2/2/04 are Ronald Saslow and Michael Hartz, who are both citizens of Illinois.

25. The trustee of the Ronald Saslow Revocable Trust U/A/D 1/10/87 is Ronald Saslow, who is a citizen of Illinois.

26. The trustee of the Richard E. Saslow Irrevocable Stock Trust for Ronald U/A/D 12/9/89 is Michael Hartz, who is a citizen of Illinois.

27. The co-trustees of the RES 2010 Descendants for Ronald U/A/D 3/24/10 are Ronald Saslow, Linda Saslow, and Michael Hartz, who are all citizens of Illinois.

28. The co-trustees of the RES-75/2010 Descendants Trust for Ronald U/A/D 8/3/10 are Linda Saslow and Michael Hartz, who are both citizens of Illinois.

29. The co-trustees of the RES 2020 Descendants Trust for Ronald U/A/D 11/30/20 are Ronald Saslow, Kenneth Serota, and Michael Hartz, who are all citizens of Illinois.

30. The co-trustees of the RES-75/2020 Descendants Trust for Ronald U/A/D 11/30/20 are Ronald Saslow, Kenneth Serota, and Michael Hartz, who are all citizens of Illinois.

31. The co-trustees of the Richard E. Saslow GC Trust for Daniel U/A/D 12/1/03 are Ronald Saslow and Michael Hartz, who are both citizens of Illinois.

32. The co-trustees of the Richard E. Saslow GC Trust for Joseph U/A/D 12/1/03 are Ronald Saslow and Michael Hartz, who are both citizens of Illinois.

33. The co-trustees of the Richard E. Saslow GC Trust for Charles U/A/D 12/1/03 are Ronald Saslow and Michael Hartz, who are both citizens of Illinois.

34. The co-trustees of the Ronald M. Saslow Gift Trust U/A/D 12/18/08 are Catherine Ross, Scott Saslow, and Michael Hartz. Catherine Ross and Michael Hartz are citizens of Illinois. Scott Saslow is a citizen of California.

35. The co-trustees of the Ronald M. Saslow Descendants Trust U/A/D 7/14/04 are Catherine Ross, Scott Saslow, and Michael Hartz. Catherine Ross and Michael Hartz are citizens of Illinois. Scott Saslow is a citizen of California.

36. The co-trustees of the Ronald M. Saslow 2019 Descendants Trust U/A/D 1/1/2019 are Kenneth Serota and Michael Hartz, who are both citizens of Illinois.

37. The trustee of the Scott Saslow Revocable Trust U/A/D 1/22/92 is Scott Saslow, who is a citizen of California.

38. The trustee of the Richard E. Saslow Irrevocable Stock Trust for Scott U/A/D 12/19/89 is Michael Hartz, who is a citizen of Illinois.

39. The co-trustees of the RES 2010 Descendants Trust for Scott U/A/D 3/24/10 are Linda Saslow and Michael Hartz, who are both citizens of Illinois.

8

40. The co-trustees of the RES-75/2010 Descendants Trust for Scott U/A/D 8/3/10 are Linda Saslow and Michael Hartz, who are both citizens of Illinois.

41. The members of S3G Investments LLC are four traditional trusts: the Scott Saslow Descendants Trust U/A/D 7/24/2004; the Scott Saslow Gift Trust U/A/D 12/16/2008; the Richard E. Saslow GC Trust for Mila U/A/D 11/1/2011; and the Richard E. Saslow GC Trust for Lara U/A/D 9/24/2008. Michael Hartz, a citizen of Illinois, is a co-trustee of each of the four trusts. Ronald Saslow and Catherine Ross, both citizens of Illinois, are co-trustees of the Scott Saslow Descendants Trust U/A/D 7/24/2004. Ronald Saslow, a citizen of Illinois, is a co-trustee of the Scott Saslow Gift Trust U/A/D 12/16/2008. Scott Saslow, a citizen of California, is a co-trustee of the Richard E. Saslow GC Trust for Mila U/A/D 11/1/2011, and the Richard E. Saslow GC Trust for Lara U/A/D 9/24/2008.

42. Ronald M. Saslow and Ellen I. Saslow Jt Tenants are both citizens of Illinois.

43. Ellen Saslow is a citizen of Illinois.

44. The co-trustees of the Ellen Saslow Discretionary Trust (GST Exempt) created by Phyllis Thaler Revocable Living Trust U/A/D 7/30/97 are Catherine Ross and Ellen Saslow, who are both citizens of Illinois.

45. The trustee of the Robert Thaler Discretionary Trust (GST Exempt) created by Phyllis Thaler Revocable Living Trust U/A/D 7/30/97 is Ellen Saslow, who is a citizen of Illinois.

46. The co-trustees of the Richard E. Saslow Revocable Trust U/A/D 4/30/04 are Ronald Saslow, a citizen of Illinois, Scott Saslow, a citizen of California, Catherine Ross, a citizen of Illinois, and Michael Hartz, a citizen of Illinois.

47. The trustee of the Linda M. Saslow Revocable Trust U/A/D 11/25/09 is Linda Saslow, who is a citizen of Illinois.

48. The remaining plaintiffs other than S-R Investments LLC, which include S-R Investments LLC – All Cap Domestic Equities Series, S-R Investments LLC – Emerging Market Equities Series; S-R Investments LLC – Global Tactical Allocation Series; S-R Investments LLC – International Developed Equities Series, and S-R Investments LLC – Real Assets Series (collectively, the "Series Plaintiffs"), collectively include the same members as S-R Investments, LLC and there are no additional members of the Series Plaintiffs beyond the members of S-R Investments, LLC, whose citizenship is alleged above.

49. As all plaintiffs are citizens of Illinois or California, and Federal is a citizen of Indiana and New Jersey, complete diversity exists.

50. While the Stevard Parties were not properly joined or served, they nonetheless consent to removal via communication with their legal counsel.

Dated: July 21, 2022                    Respectfully submitted,

                                        By: /s/ Scott Stirling

Paul F. Matousek
Scott Stirling
Walker Wilcox Matousek LLP
One North Franklin Street, Suite 3200
Chicago, IL 60606
(312) 244-6700
pmatousek@walkerwilcox.com
sstirlng@walkerwilcox.com

Attorneys for Federal Insurance Company

**CERTIFICATE OF SERVICE**

I certify that I served the above **Notice of Removal** by sending copies of the document by mail and email on July 21, to the following:

Cesar A. Tabet
Michael J. Grant
Jonathan S. Kim
Tabet DiVito & Rothstein LLC
209 S. LaSalle St., 7th Floor
Chicago, IL 60604
ctabet@tdrlaw.com
mgrant@tdrlaw.com
jkim@tdrlaw.com

Attorneys for Plaintiffs

Vivek Chopra
Perkins Coie LLP
700 Thirteenth Street, N.W. Ste. 600
Washington, DC 200005
VChopra@perkinscoie.com

Attorney for Stevard Parties

Dated: July 21, 2022              s/ Scott Stirling